UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
EDWIN LYDA,

            Plaintiff,

  -against-

CBS CORPORATION, and CBS INTERACTIVE, INC.,

            Defendants.
------------------------------------------------------- X

Case No. 14-CV-6572-VEC

ECF CASE

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendants CBS Corporation and CBS Interactive, Inc., pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and the Individual Rules of this Court, and upon the accompanying memorandum of law in support of this motion to dismiss, hereby move to be heard before the Honorable Valerie E. Caproni, United States District Court Judge, on a date and at a time designated by the Court, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, for an Order granting Defendant's Motion to Dismiss the Complaint herein in its entirety with prejudice.

Dated: New York, New York  
November 24, 2014

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Stephanie Gamiz
    Stephanie Gamiz  
    sgamiz@morganlewis.com  
    101 Park Avenue  
    New York, NY 10178-0060  
    Telephone: 212.309.6202  
    Fax: 212.309.6001

    Jason C. White  
    jwhite@morganlewis.com  
    Mansi H. Shah  
    mshah@morganlewis.com  
    77 West Wacker Drive  
    Chicago, IL  60601-5094  
    Telephone: 312.324.1000  
    Fax: 312.324.1001

    *Attorneys for Defendants CBS Corporation and CBS Interactive, Inc.*